UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON,

      Plaintiff,

  v.

TAYLOR YOUNG *et al.*,

      Defendants.

Case No.  C07-5480RBL

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND

      This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion to file an amended complaint  (Dkt. # 4).

      The court has not yet ordered service and there has been no responsive pleading filed.  Pursuant to Fed. R. Civ. P. 15 (a) a party may amend their complaint once as a matter of course.  Plaintiff's motion is **GRANTED.**

      The amended complaint will act as a complete substitute for the original.  Plaintiff is reminded that the court must have a copy of the complaint for each defendant plaintiff wishes the court to attempt to serv.  If plaintiff names any new defendants the court will also need a filled out Marshals service form for

ORDER
Page - 1

the new defendant.  The amended complaint will be due on or before **October 26, 2007.**

The Clerk is directed to send a copy of this Order to plaintiff and to note the **October 26, 2007**, due date.

DATED this 24 day of September, 2007.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2