UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON,

    Plaintiff,

  v.

TAYLOR YOUNG *et al.,*

    Defendants.

Case No. C07-5480RBL

ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's second motion to file an amended complaint (Dkt. # 10).

    The court granted plaintiff's first motion to amend. An amended complaint is due on or before October 26, 2007, (Dkt # 9). Two days later plaintiff filed a second motion asking for leave to file an amended complaint. As the court has already granted leave to amend the second motion is **DENIED AS MOOT.**

    The Clerk is directed to send a copy of this Order to plaintiff and to note the **October 26, 2007**, due date.

    DATED this 22 day of October, 2007.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge

ORDER
Page - 1