UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON,

       Plaintiff,

  v.

TAYLOR YOUNG *et al.*,

       Defendants.

Case No.  C07-5480RBL/JKA

ORDER ON PENDING MOTIONS

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court and ripe for review are two motions filed by plaintiff (Dkt. # 40 and 44).  In the first motion Mr. Jackson asks the court to immediately serve defendant Walsh (Dkt # 40). Review of the file shows that Defendant Walsh did not timely return a notice of waiver of summons.  Five days after plaintiff's motion was filed, an amended waiver of summons was filed (Dkt. # 41).  Counsel has now appeared on behalf of the three defendants in this action, Young, Walsh, and Daniels.  Service is no

ORDER
Page - 1

longer an issue and plaintiff's motion is **DENIED.**

The next motion is an attempt by plaintiff to have criminal charges filed against the defendants (Dkt # 44). This is the second time plaintiff has filed a motion making this request. See, (Dkt. # 31 and 44). Plaintiff has no authority to file criminal charges. The court has already informed plaintiff:

> Plaintiff lacks the legal authority to initiate criminal proceedings. Criminal proceedings may only be initiated by a person with the appropriate legal authority to file such actions. These people are usually, the County Prosecutor, the State Attorney General's Office, or the United States Justice Department.

(Dkt. # 39). This motion is **DENIED.** Plaintiff is warned that repetitive motion may result in sanctions including monetary sanctions or dismissal of cases. Once a motion has been ruled on the filing of the same request again is improper.

The Clerk is directed to send a copy of this Order to plaintiff and remove Dkt. # 40 and 44 from the court's calendar.

DATED this 13 day of February, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2