UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON,

       Plaintiff,

  v.

TAYLOR YOUNG *et al.*,

       Defendants.

Case No.  C07-5480RBL/JKA

ORDER ON PENDING MOTIONS

     This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court are three filings by plaintiff that may be addressed at this time (Dkt # 46, 51, and 52).  The plaintiff's motion for the court to take notice of two exhibits, (Dkt # 46), is ripe for review.

     Mr. Jackson asks the court to take notice of a grievance he filed and of his August 2006, work record.  The motion is **DENIED.**  These documents may be relevant at some point in the litigation, but the court is not in a position to rule on the admissibility of evidence without a motion they relate to pending before the court.  Plaintiff has filed another motion asking the court to take notice of a letter from Dr. Young (Dkt # 52).  This motion is **DENIED** for the same reasons.  These documents will remain in the file

ORDER
Page - 1

and may be cited to by either party.

Plaintiff has also filed a motion asking for a "rule 16 pre trial conference" (Dkt # 51.) The motion is **DENIED.** Plaintiff may conduct discovery, but a pre trial conference is not warranted at this point in time.

Plaintiff has one other motion pending. Plaintiff's motion for a mental health examination, (Dkt # 47), is noted for February 15, 2008, and is not ripe for review at this time.

The Clerk is directed to send a copy of this Order to plaintiff and remove Dkt. # 46, 51, and 52 from the court's calendar.

DATED this 14 day of February, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge