UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. JACKSON,

    Plaintiff,

  v.

TAYLOR S. YOUNG *et al.*,

    Defendants.

Case No. C07-5480RBL/JKA

REPORT AND RECOMMENDATION

**NOTED FOR:
APRIL 4, 2008**

       This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Before the court is plaintiff's motion for default filed February 13, 2008 (Dkt # 56). Two days before the plaintiff's motion was filed the defendants filed a motion to dismiss (Dkt # 53). As a motion to dismiss is pending the motion for default is frivolous. Accordingly the court recommends the motion for default be **DENIED**.

       Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

REPORT AND RECOMMENDATION- 1

1  purposes of appeal.  Thomas v. Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed
2  by Rule 72(b), the clerk is directed to set the matter for consideration on **April 4, 2008, 2008**, as
3  noted in the caption.

6     DATED this 11 day of March, 2008.

8                                       /S/ *J. Kelley Arnold*
                                         J. Kelley Arnold
9                                          United States Magistrate

28 REPORT AND RECOMMENDATION- 2