# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL A. JACKSON　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

    v.

TAYLOR S. YOUNG, et al.　　　　　　　　　　CASE NUMBER: C07-5480RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion to dismiss is **GRANTED**. Claims relating to forced medication are **dismissed without prejudice** for failure to exhaust administrative remedies. Claims relating to mail are **dismissed with prejudice** for failure to state claim.

April 16, 2008　　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　s/ D. Forbes
　　　　　　　　　　　　　　　　　　　　　　　By, Deputy Clerk